IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LIAM O'NEIL-BARRETT,

                      Case No. 6:20-cv-01896-YY

        Plaintiff,

                      ORDER

      v.

KATE BROWN, et al.,

        Defendants.

YOU, Magistrate Judge.

The Court GRANTS Plaintiff's Motion to Voluntarily Dismiss this case (ECF No. 37). The

Court FINDS MOOT Defendants' Motion to Dismiss (ECF No. 35).

IT IS SO ORDERED.

DATED this 2nd day of August, 2021.

                      /s/ Youlee Yim You

                      Youlee Yim You
                      United States Magistrate Judge

1 - ORDER